of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2104. IN RE DISBARMENT OF PONZINI. Robert J. Ponzini, of Tarrytown, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2105. IN RE DISBARMENT OF WARREN. Kenneth Xavier Warren, of Baltimore, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 98M75. MORGAN v. CMS/DATA CORP. Motion for reconsideration of order denying leave to file petition for writ of certiorari out of time [527 U. S. 1002] denied.

No. 99M1. CHANEY v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS;
No. 99M2. WEST v. UNITED STATES;
No. 99M3. EVANS v. CITY OF VICTORVILLE ET AL.;
No. 99M4. PARRISH v. NEBRASKA ET AL.;
No. 99M5. CARTER v. UNITED STATES;
No. 99M6. FLORIDA v. RODRIGUEZ;
No. 99M7. ORLEANS LEVEE DISTRICT ET AL. v. LANGE ET AL.;
No. 99M8. WARD v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY;
No. 99M9. AUTODIE INTERNATIONAL, INC. v. NATIONAL LABOR RELATIONS BOARD;
No. 99M10. BOLANOS PORTILLO v. IMMIGRATION AND NATURALIZATION SERVICE;
No. 99M11. DOMINGUEZ v. CASEY, UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF ARKANSAS;
No. 99M13. ZWICKER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.;
No. 99M14. SOLIVAN v. SCOTTSDALE JUSTICE COURT ET AL.;
No. 99M15. POWELL v. POWELL ET AL.;
No. 99M16. ASPELMEIER v. GILMORE, WARDEN;
No. 99M17. CALDERON v. DUGAN;
No. 99M19. SLAYTON v. MOUNTAIN CITY CLUB;

No. 99M23. HEINEMANN *v.* MID-STATE TRUST IV;

No. 99M24. TARVER *v.* HALEY, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS;

No. 99M25. BICKFORD *v.* ANCHORAGE SCHOOL DISTRICT;

No. 99M26. MAHON ET UX. *v.* CREDIT BUREAU OF PLACER COUNTY ET AL.; and

No. 99M27. CHERRY *v.* ATHENS-CLARKE COUNTY, GEORGIA, ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 99M12. SANDERS *v.* GRAMLEY, WARDEN. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 99M18. IN RE CLANCY. Motion to direct the Clerk to file submitted pleadings denied.

No. 99M20. ROTZINGER *v.* UNITED STATES ET AL. Motion to direct the Clerk to file petition for writ of certiorari that does not comply with the Rules of this Court denied.

No. 99M21. LAM, AKA MOODY *v.* MOODY. Motion to direct the Clerk to file petition for writ of certiorari denied.

No. 99M22. COUNCIL *v.* SOUTH CAROLINA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 8, Orig. ARIZONA *v.* CALIFORNIA ET AL. Report of the Special Master received and ordered filed. Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days. Reply briefs, if any, may be filed by the parties within 30 days. [For earlier order herein, see, *e. g.,* 514 U. S. 1081.]

No. 98–238. WEST, SECRETARY OF VETERANS AFFAIRS *v.* GIBSON, 527 U. S. 212. Motion of respondent to retax costs denied, except that respondent is relieved of $45.56 in costs.

No. 98–1037. SMITH, WARDEN *v.* ROBBINS. C. A. 9th Cir. [Certiorari granted, 526 U. S. 1003.] Motion of petitioner. to strike lodged materials denied, except that the uncertified transcript of the oral argument before the United States Court of Appeals for the Ninth Circuit is stricken.

No. 98–1161. CITY OF ERIE ET AL. *v.* PAP'S A. M., TDBA "KANDYLAND." Sup. Ct. Pa. [Certiorari granted, 526 U. S.